# REMITTANCE STATEMENT

D. Sims Crawford, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

Check Number: 597642

Printed: 2/6/2015

CLERK, US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

Issue Date: 02/06/2015

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 0904458 | WILLIAMS, BRIDGETT NICOLE | | | Continuing | 6.66 |
| | ORIGINAL CHECK 584783 09/05/2014 WILLIAMS, BRIDGETT 312 58TH ST FAIRFIELD AL 35064 | | | | |
| 0906673 | ODEN, ANNA MARIA | | | Continuing | 3.36 |
| | ORIGINAL CHECK 584805 09/05/2014 ODEN, ANNA 98 SUNRISE DRIVE ODENVILLE AL 35120 | | | | |
| 1004359 | SCOTT, BERTHA L. | | | Continuing | 9.90 |
| | ORIGINAL CHECK 587720 10/03/2014 SCOTT, BERTHA 3309 3RD WAY N.E. BIRMINGHAM AL 35215 | | | | |
| 1202368 | HARRIS, CAMERISA R | | | Continuing | 1,325.00 |
| | ORIGINAL CHECK 584825 09/05/2014 HARRIS, CAMERISA 5819 MONTE SANO ROAD APT 8 BIRMINGHAM AL 35228 | | | | |
| 1300166 | DIXON, NAKIMA | | | Continuing | 366.00 |
| | ORIGINAL CHECK 584832 09/05/2014 DIXON, NAKIMA GENERAL DELIVERY ***MR*** GARDENA CA 902479999 | | | | |
| 1305612 | ALLEN, VELMA | | | Continuing | 859.75 |
| | ORIGINAL CHECK 584846 09/05/2014 ALLEN, VELMA PO BOX 1652 ALABASTER AL 35007 | | | | |
| 1402286 | FORD, AMY L | | | Continuing | 160.00 |
| | ORIGINAL CHECK 584870 09/05/2014 FORD, AMY 51 17TH STREET SOUTH BIRMINGHAM AL 35205 | | | | |
| | | | | TOTAL | 2,730.67 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.