# REMITTANCE STATEMENT

D. Sims Crawford, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

---

DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

| Check Number | | Printed |
|---|---|---|
| 597640 | | 2/6/2015 |

| | | Issue Date |
|---|---|---|
| | | 02/06/2015 |

CLERK, US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 1399990 | CLOSED CASES, RECEIVED | CASE 1001747 CK#6059 RECD 9/5/1 | | $.00 | 160.00 |
| | ORIGINAL CHECK 586407 09/25/2014 RASHIKIA ANNETTE WASHINGTON 2110 MANASSAS DRIVE BIRMINGHAM AL 35213 | | | | |
| 1399990 | CLOSED CASES, RECEIVED | CASE 1205798 CK#216232 RECD 9/? | | $.00 | 0.61 |
| | ORIGINAL CHECK 586423 09/29/2014 RODNEY KENNEDY 5857 MCASHAN RIDGE ROAD MCCALLA AL 35111 | | | | |
| 1399990 | CLOSED CASES, RECEIVED | CASE 0900473 CK# 2515 RECD 8/6/ | | $.00 | 0.51 |
| | ORIGINAL CHECK 583449 09/02/2014 SCOTT RAGSDALE & MARY RAGSDALE 105 HARTWOOD DR GADSDEN AL 35901 | | | | |
| 1399990 | CLOSED CASES, RECEIVED | CASE 1202368 CK# 9392 RECD 8/20 | | $.00 | 265.00 |
| | ORIGINAL CHECK 586281 09/10/2014 CAMERISA HARRIS 5819 MONTE SANO ROAD, APT 8 BIRMINGHAM AL 35228 | | | | |
| | | | | TOTAL | 426.12 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.