UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Camerisa R. Harris  }  Case No: 12-02368-TBB7
}
Debtor  }
}
}

**ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS**

The petition of D. Lee Hodges, attorney, on behalf of debtor, Camerisa R. Harris, whose address is 541 Lovoy Street, Midfield AL 35228, for payment of funds held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041, having been filed and presented to the Court, and the said petition having been duly verified, and proof being made that the Petitioner named wherein is the proper person entitled to receive said funds, and due and proper notice having been given to the United States Attorney, Northern District of Alabama, (applicable only to funds held in the registry for more than five years), and no objections having been made to the entering of this order,

**It is therefore ORDERED ADJUDGED and DECREED that:**

For good cause shown and on the verified petition filed and presented to the court, the Clerk of this Court is directed to pay Camerisa R. Harris in care of her attorney, D. Lee Hodges, 715 Frank Nelson Building, Birmingham, AL 35203 the sum of $1,590.00, in accordance with the averments of said petition, and that said check be sent by United States mail to the above named petitioner.

Dated: 4/16/15

_____
THOMAS B. BENNETT
U.S. BANKRUPTCY JUDGE